EXHIBIT C



# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| RECORD CONTAINS SEALED INFORMATION. THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT. | |
| **RECORD STATUS: SEALED** | **Arrest ID: M15633672 - Y** |
| **Arrest Location:** FRONT OF 217 WEST 63 STREET | **Pct: 020** |

**Arrest Date:** 05-07-2015　　Processing Type: D A T　　Current Location of Perpetrator:
　**Time:** 23:55:00　　DCJS Fax Number: MP009159　　Borough: Manhattan
　　Sector: B　　Special Event Code: NO -　　Type: ALL PD LOCATIONS
Strip Search Conducted: NO　　DAT Number: 1030　　Location: 020 PRECINCT
Viper Initiated Arrest: NO
　Stop And Frisk: NO　　Return Date: 2015-06-29
　　Serial #: 0000-000-00000

### ARREST DATA - COMPLAINT NOT REQUIRED

Jurisdiction: NYPD　　　　　　　*NYC School Safety Data:*　*NYC Transit Data:*
　Premises: RESIDENCE - PUBLIC HOUSING　　On School Property:　　Station:
Location Within: PLAY/PARK AREA　　　　School Type:　　Line #:
Occur.Date/Time: 2015-05-07 - 23:55　　　　School Num:　　Location:
　*NYC Housing Development:*　　　　　School Name:

Offense Location: FRONT OF 217 WEST 63 STREET　Borough: MANHATTAN

| SEALED | | SEALED |
|---|---|---|

| **CHARGES:** | | **Arrest #: M15633672** |
|---|---|---|

CHARGE　ATTEMPT?　LAW CODE　CLASS　TYPE　COUNTS　DESCRIPTION
TOP　　　No　　　　PL 265.01 01　M　　A　　1　CRIM POSS WEAP-4TH;FIREARM/WEP

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

| SEALED | | SEALED |
|---|---|---|

| **DETAILS:** | | **Arrest #: M15633672** |
|---|---|---|

AT T/P/O DEFT. WAS IN POSSESSION OF A DANGEROUS CUTTING INSTRUMENT.

| SEALED | | SEALED |
|---|---|---|

| **DEFENDANT: HARRIS, JONATHAN** | **NYSID #: 12203760J** | **Arrest #: M15633672** |
|---|---|---|

Nick/AKA/Maiden: EGGY　　　Height: 5FT 9IN　　　Order Of Protection: NO
　　Sex: MALE　　　　Weight: 150　　　　Issuing Court:
　　Race: BLACK　　Eye Color: BLACK　　Docket #:
　　Age: 19　　　Hair Color: BROWN　　Expiration Date:
Date Of Birth: 07/11/1995　Hair Length: NORMAL　　Relation to Victim: UNKNOWN/NONE
U.S. Citizen: YES　　Hair Style: AFRO　　Living together: NO
Place Of Birth: NEW YORK　Skin Tone: MEDIUM　　Can be Identified: NO
Is this person not Proficient in English?: NO　Complexion: CLEAR

If Yes, Indicate Language:
　　Accent: NO　　Soc.Security #:
　　　　　　　Occupation: UNKNOWN　　Gang/Crew Affiliation: YES
Identification ID:　　　　　　　　Name: 18 PARK GANG
Identification #:　　　　　　　　Identifiers:

　　　APPARENTLY　　Lic/Permit

| | | | | | | |
|---|---|---|---|---|---|---|
| Physical Condition: NORMAL | | | Type: | | | |
| Drug Used: NONE | | | Lic/Permit No: | | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 331 EAST 146 STREET | BRONX | NEW YORK | 10451 | 4D | 040 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee:  On Duty:
Development:  N.Y.C. Transit Employee:

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: POSSESSED          Make:              Recovered: NO
Non-Firearm Weapon: CUTTING INSTRUMENT    Color:             Serial Number Defaced:
Other Weapon Description: SCALPEL         Caliber:           Serial Number:
                                          Type:
                                          Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - SWEAT SHIRT OR JOGGING JACKET - BLACK |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - MULTI COLORED OR STR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | ARM -TATOO WITH WORDS AND PICTURE - DESCRIBE:(R-FOREARM) DICE "MOB" |
| BODY MARKS | ARM -TATOO WITH PICTURE ONLY - DESCRIBE:(L-FOREARM) PRAYING HANDS |
| IMPERSONATION | UNKNOWN |

SEALED                                                                                  SEALED

**JUVENILE DATA:**                                                    Arrest #: M15633672

Juvenile Offender:   Relative Notified:   Personal Recog:
Number Of Priors: 0   Name:
School Attending:    Phone Called:
Mother's Maiden Name:  Time Notified:

SEALED                                                                                  SEALED

**ASSOCIATED ARRESTS:**                                              Arrest #: M15633672

ARREST ID  COMPLAINT #

SEALED                                                                                  SEALED

**No Vehicles for Arrest #**

SEALED                                                                                  SEALED

**DEFENDANTS CALLS:**                                                Arrest #: M15633672

CALL #  NUMBER DIALED  NAME CALLED
1       - -            REFUSED,REFUSED

SEALED                                                                                  SEALED

| INVOICES: | | Arrest #: M15633672 |
|---|---|---|
| INVOICE# COMMAND PROPERTY TYPE VALUE | | |
| SEALED | | SEALED |

| ARRESTING OFFICER: DT3 BRIAN TAYLOR | Arrest #: M15633672 |
|---|---|
| Tax Number: 933403 — On Duty: YES<br>Other ID (non-NYPD): 933403 — In Uniform: NO<br>Shield: 4436 — Squad: FS<br>Department: NYPD — Chart: 11<br>Command: 598 — Primary Assignment: | Force Used: NO<br>Type:<br>Reason:<br>Officer Injured: NO |

| SEALED | | | | SEALED |
|---|---|---|---|---|
| Arresting Officer Name:<br>DT3 TAYLOR, BRIAN | | Tax #:<br>933403 | Command:<br>598 | Agency:<br>NYPD |
| Supervisor Approving:<br>SGT FRADERA WESLEY | | Tax #:<br>941018 | Command:<br>598 | Agency:<br>NYPD |
| Report Entered by:<br>DT3 TAYLOR, BRIAN | | Tax #:<br>933403 | Command:<br>598 | Agency:<br>NYPD |

END OF ARREST REPORT
M15633672