



## POLICE DEPARTMENT OF THE CITY OF NEW YORK
### Desk Appearance Ticket

Precinct of Arrest : 020          DAT Serial No. : 020-00174          OLBS Arrest-ID : M15633672

The People of the State of New York VS.

Defendant Name : HARRIS, JONATHAN,
Defendant Address: 331 EAST 146 STREET, 4D,          Age: 19 yrs          Date of Birth: 07/11/1995
BRONX, NY 10451

You are hereby summoned to appear in the Criminal Court of the City of New York, to answer a criminal charge made against you.

Top Offense Charged : PL 265.01 01
County: New York          Arraign/Part: DAT          Time: 10:30 AM          Date: 06/29/2015
At LOC: 100 Centre Street, New York, NY 10003          Room: _____

### Instructions for Defendant

You must appear at the time and date indicated above, and present this form to the court clerk.

FAILURE TO APPEAR WILL RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.

Should you fail to appear for the offense charged above, in addition to a warrant being issued for your arrest, you may be charged with additional violations of the penal law which upon conviction may subject you to a fine, imprisonment or both. Additionally, if you fail to comply with the directions of this Desk Appearance Ticket, any bail paid will be subject to forfieture.

Additional Instructions : _____

### Acknowledgement of Defendant:

I, the undersigned, do hereby acknowledge receipt of the above Desk Appearance Ticket, personally served upon me, and do agree to appear as indicated.

Defendant Signature: _____          Time: ____:____          Date: ___/___/___

Photographed by: _____          Time: ____:____          Date: ___/___/___

FingerPrinted?: __

Arresting Officer: TAYLOR, BRIAN     Shield: --          Rank: DT3          Tax Reg.: 933403

Squad: GANG SQUAD MANHATTAN          Command: 598          Agency: NYPD

Address of Agency if not NYPD: _____

Was cash bail accepted?: __          Amount: $____

_____          ___/___/___          _____
Signature Issuing Officer          Date          Signature Desk Officer

DEF000006