# EXHIBIT L

# DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK

| IN THE MATTER OF | | |
|---|---|---|
| Jonathan Harris (M 19) | Charge: | PL 265.01(1) |
| | NYSID Number: | 12203760J |
| | Arrest Number: | M15633672 |
| | Arresting Officer: | Brian Taylor |
| | Tax ID: | ~~redacted~~ |
| | Command: | Gang Unit Manhattan |
| | Occurrence Date: | 5/7/2015 |
| | Occurrence Time: | 11:55 P.M. |
| Defendant | Location: | at 217 West 63 Street |

## DECLINATION OF PROSECUTION FOR THE REASON(S) SET FORTH BELOW, PROSECUTION OF THIS CASE WAS DECLINED

On May 7, 2015, at approximately 23:55, Detective Magliano, shield #7805, of the Manhattan Gang Unit, observed Police Officer Sean Noce, take one scalpel from Jonathan Harris's jacket pocket after Detective Magliano observed Mr. Harris drop the jacket to the floor. Mr. Harris was arrested and charged with PL 265.01; Criminal Possession of a Weapon in the 4th Degree. However, a scapel is not a per se weapon, nor did Mr. Harris display an intent to use it unlawfully. Therefore, the People decline to Prosecute this case.

DATED: Tuesday, June 02, 2015

BY: _/s/ Laura Gourdine_
Gourdine

BY: _/s/_
SUPERVISING ADA (SIGN)

BY: Violet
SUPERVISING ADA (PRINT)