# EXHIBIT M

# Event Chronology -- D15050727327 [5 Year Archive]

☑ System Comments    ☐ Associated Events

| Event | Time | Date | Terminal | Operator | Action |
|---|---|---|---|---|---|
| 15050727327 | 23:34:31 | 5/7/2015 | ps1-c050 | 347304 | ANI NUM=36762478, CALLER NAME=AT&T MOBILITY, ANI=(717) 925-4046, ALI=110WEST END AVENUE - W SECTORMANHATTAN, COMPANY=ATTMO, CLASS=WPH1,LAT=+040.777699,LONG=-073.987191,XY=XY(98779951,22261426) |
| | 23:34:46 | 5/7/2015 | ps1-c050 | 347304 | ANI NUM=36762488, CALLER NAME=AT&T MOBILITY, ANI=(717) 925-4046, ALI=110WEST END AVENUE - W SECTORMANHATTAN, COMPANY=ATTMO, CLASS=WPH2,LAT=+040.774416,LONG=-073.986847,XY=XY(98789497,22141816) |
| | 23:35:29 | 5/7/2015 | ps1-c050 | 347304 | EVENT CREATED: MN , Cross Streets=W 64 ST /W END AVE , Name=AT&T MOBILITY , Address=LL(-73:59:13.8878,40:46:39.7163): EST 182 FREEDOM PL MN , Call Source=ANI/ALI , Phone Number=(717) 925-4046 , Zone=Z06 , PCT/Sector=20B , Post=20PP41 |
| | | | | | Route=D, PCT=20, Sector=20B, St=Pending, P=3, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | | | | | EVENT COMMENT=---- |
| | | | | |     MB BLK HOODY |
| | | | | |     *PRE-REL* |
| | 23:35:30 | 5/7/2015 | ps1-c050 | 347304 | Route=OPS, PCT=NYC, Sector=NYC, St=Pending, P=3, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | 23:35:31 | 5/7/2015 | loi-search | 347304 | EVENT COMMENT=** LOI search completed at 05/07/15 23:35:31 |
| | 23:36:27 | 5/7/2015 | 1pp-joc02 | | EVENT COMMENT=Event N15050727327 has been displayed by the covering dispatcher |
| | 23:36:27 | 5/7/2015 | 1pp-joc02 | | ** >>>> by: 915184 at 05/07/15 23:36:27 on terminal: 1pp-joc02 |
| | 23:36:29 | 5/7/2015 | 1pp-joc02 | | Route=OPS, PCT=NYC, Sector=NYC, P=3, Primary Member=0, Current=T, Open =F, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | 23:36:29 | 5/7/2015 | 1pp-joc02 | | EVENT CLOSED |
| | 23:36:29 | 5/7/2015 | 1pp-joc02 | | Disposition Assigned=CANCELEV |
| | 23:37:35 | 5/7/2015 | ps1-c050 | 347304 | EVENT COMMENT=---PARK BEHIND HOUSING-------MB---ABT 5X8----BLACK HOODY ---BLK PNTS----MC STS |
| | | | | |     PERP PUT GUN IN PNTS WAIST AREA TWDS HIS BACK--- |
| | 23:39:07 | 5/7/2015 | ps1-c050 | 347304 | EVENT COMMENT=----MC CONRAD---CB 717 925 4046----STS THERE'S GRP OF MLS AT LOC----POSS ALSO |
| | | | | |     SMOKING MARIJUANA----OPR 1577--- |
| | 23:39:08 | 5/7/2015 | ps1-d06 | 353968 | EVENT COMMENT=Event D15050727327 has been displayed by the covering dispatcher |
| | | | | |     ** >>>> by: 353968 at 05/07/15 23:39:08 on terminal: ps1-d06 |
| | 23:39:10 | 5/7/2015 | ps1-c050 | 347304 | EVENT COMMENT=ANI-ALI-7179254046 AT T MOBILITY 110 WEST END AVENUE - W SECTOR MANHATTAN |
| | | | | |     COS:WPH2 LAT: 040.774416 LON:-073.986847 OPER MCRAE, PAULINE-C-MTCCP050 |

**DEF000084**

| Time | Date | Terminal | Event # | Details |
|---|---|---|---|---|
| 23:39:22 | 5/7/2015 | ps1-d06 | 353968 | Route=D, PCT=20, Sector=20B, St=Dispatch Assigned, P=3, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | | | | Unit=20F-1, St=DA, Comment=Event D15050727327 Dispatch Assigned |
| | | | | EVENT COMMENT=20F-1 -- Event D15050727327 Dispatch Assigned |
| 23:39:41 | 5/7/2015 | ps1-d06 | 353968 | Route=D, PCT=20, Sector=20B, St=Dispatch Assigned, P=3, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | | | | Route=D, PCT=20, Sector=20B, St=Assigned, P=3, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | | | | Unit=20ST1, St=DP, Loc=W 64 ST/W END AVE MN |
| 23:39:45 | 5/7/2015 | ps1-d06 | 353968 | EVENT COMMENT=AutoDial: (717) 925-4046, for Event #: D15050727327 |
| 23:41:44 | 5/7/2015 | ps1-d06 | 353968 | Route=D, PCT=20, Sector=20B, St=Assigned, P=3, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | | | | Unit=20G-3, St=DP, Loc=W 64 ST/W END AVE MN |
| 23:42:35 | 5/7/2015 | ps1-d06 | 353968 | EVENT COMMENT=MC STS 3 MB DESC ALL BLK |
| 23:42:39 | 5/7/2015 | ps1-d06 | 353968 | Unit=20F-1, St=84, Loc=W 64 ST/W END AVE MN |
| 23:42:40 | 5/7/2015 | ps1-d06 | 353968 | Route=D, PCT=20, Sector=20B, St=Assigned, P=3, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | | | | Unit=20F-1, St=DP, Loc=W 64 ST/W END AVE MN |
| | | | | Unit=20F-1, St=84, Comment=DA Auto Promote, Loc=W 64 ST/W END AVE MN |
| | | | | EVENT COMMENT=20F-1 -- DA Auto Promote |
| 23:44:13 | 5/7/2015 | ps1-d06 | 353968 | Route=D, PCT=20, Sector=20B, St=Assigned, P=3, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | | | | Unit=20H-1, St=DP, Loc=W 64 ST/W END AVE MN |
| 23:49:11 | 5/7/2015 | ps1-d06 | 353968 | Unit=20G-3, St=84, Loc=W 64 ST/W END AVE MN |
| 23:49:16 | 5/7/2015 | ps1-d06 | 353968 | Unit=20H-1, St=84, Loc=W 64 ST/W END AVE MN |
| 00:00:33 | 5/8/2015 | ps1-d06 | 353968 | Route=D, PCT=20, Sector=20B, St=Assigned, P=3, Primary Unit=20F-1, Primary Member=0, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | | | | Unit=20H-1, St=UC, Comment=Preempt |
| | | | | Unit=20H-1, St=AV |
| | | | | EVENT COMMENT=20H-1 -- Preempt |
| 00:09:41 | 5/8/2015 | ps1-ts03 | | Unit=20ST1, St=~, Loc=W 64 ST/W END AVE MN |
| 00:11:29 | 5/8/2015 | ps1-d06 | 353968 | Route=D, PCT=20, Sector=20B, St=Assigned, P=3, Primary Unit=20F-1, Primary Member=0, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | | | | Unit=20F-1, St=AV |
| | | | | Disposition Assigned=90Z |

| 00:11:30 | 5/8/2015 | ps1-d06 | 353968 | Route=D, PCT=20, Sector=20B, St=Assigned, P=3, Primary Unit=20F-1, Primary Member=0, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
|---|---|---|---|---|
| | | | | Route=D, PCT=20, Sector=20B, St=Assigned, P=3, Primary Unit=20F-1, Primary Member=0, Current=F, Open =T, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | | | | Route=D, PCT=20, Sector=20B, St=Assigned, P=3, Primary Unit=20F-1, Primary Member=0, Current=T, Open =F, Type=10F2-INVESTIGATE/POSSIBLE CRIME: FIREARM/OUTSIDE, Open/Curent=F |
| | | | | EVENT CLOSED |
| | | | | Unit=20ST1, St=AV |
| | | | | Unit=20G-3, St=AV |