# Harvis & Fett

**GABRIEL P. HARVIS**
**BAREE N. FETT**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/17
```

**MEMO ENDORSED**

March 29, 2017

*Conference scheduled for April 7, 2017 @ 10:30 am.*

*[signature] Colleen McMahon*
*3/30/17*

BY ECF
Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Jonathan Harris v. City of New York, et al.*, 15 CV 8456 (CM)

Your Honor:

I represent plaintiff Jonathan Harris in the above-referenced civil rights action. I write with the consent of the defense to respectfully request that the Court schedule an initial conference. If it should please the Court, the parties will then confer and file a proposed Case Management Plan for the Court's review and endorsement.

This case was filed on October 27, 2015. The parties proceeded under Local Civil Rule 83.10 and mediation was unsuccessful. After taking plaintiff's deposition, defendants moved for summary judgment on May 2, 2016. The Court denied defendants' motion by order dated December 2, 2016. Defendants identified additional officers and the complaint was amended to add them as defendants on January 31, 2017. All defendants answered the amended complaint on March 8, 2017.

At this juncture, plaintiff respectfully requests that the Court convene an initial conference, so that a discovery schedule can be set and the case prepared for trial.

Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

cc:  Paul H. Johnson, Esq.