UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JONATHAN HARRIS,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/17

No. 15-cv-8456 (CM)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge, for the following purpose(s):

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓ Specific Non-Dispositive Motion/Dispute:*
    Discovery Disputes

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest after Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction):
_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (*i.e.*, motion requiring a Report & Recommendation):

Particular motion: _____
All such motions: _____

* Do not check if already assigned for general pretrial.

Dated: 6/19/2017
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
Chief U.S. District Judge

1