USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONTHAN HARRIS,

                    Plaintiff,

      - against -

CITY OF NEW YORK, et al.,

                    Defendant.

**ORDER**

**15-CV-8456(CM) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

Having reviewed the Parties' submissions:

**IT IS HEREBY ORDERED** that the City of New York's motion for an extension of time to produce outstanding disciplinary files is **DENIED**. The City shall **SHOW GOOD CAUSE** by **July 17, 2017**, why counsel should not be sanctioned for failing to produce documents in light of counsel's representation to the Court that the documents had already been produced.

**SO ORDERED** this 14th day of July 2017.
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge