

ZACHARY W. CARTER
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

PAUL H. JOHNSON
phone: (212) 356-2656
fax: (212) 356-3509
pajohnso@law.nyc.gov

July 17, 2017

**VIA ECF**
Honorable Ronald E. Ellis
United States Magistrate Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Jonathan Harris v. City of New York, et al.
                15-CV-08456 (CM) (RLE)

Your Honor:

      I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to represent defendants in the above-referenced matter. The undersigned writes in response to the Court's Order to Show Cause dated July 14, 2017.

      Defendants have produced photographs of all the defendant officers and the remaining disciplinary files to plaintiff on July 17, 2017 and therefore states that the Order to Show Cause should be deemed moot as the order has been fulfilled.

      The undersigned writes to apologize for not producing the files in a timely manner. The undersigned deeply regrets missing the deadline.

      Thank you for your consideration herein.

Respectfully submitted,

Paul H. Johnson
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    Gabriel Harvis, Esq. **(via ECF)**
       Harvis and Fett
       *Attorney for Plaintiff*
       305 Broadway 14th Floor
       New York, New York 10007