USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONTHAN HARRIS,

                Plaintiff,

    - against -

CITY OF NEW YORK, et al.,

                Defendants.

ORDER
15-CV-8456(CM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

On July 14, 2017, the Court ordered Defendant City of New York to show good cause why counsel should not be sanctioned for failing to produce documents in light of counsel's representation to the Court that the documents had already been produced. (Doc. No. 56.) Having reviewed the City of New York's response and Plaintiff Jonathan Harris's position:

**IT IS HEREBY ORDERED** that the City of New York (1) state with specificity the process wherein factually incorrect information was provided to the Court and (2) respond to Harris's factual assertions **on or before July 25, 2017, at 5:00 p.m.**

**SO ORDERED this 24th day of July 2017.**
New York, New York

*(signature)*
The Honorable Ronald L. Ellis
United States Magistrate Judge