```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JONATHAN HARRIS,

                              Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                            Defendants.

------------------------------------------------------------x

NOTICE OF MOTION
FOR LEAVE TO
AMEND THE
COMPLAINT

15 CV 8456 (CM)

**MEMO ENDORSED**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Gabriel P. Harvis, the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all the prior pleadings and proceedings herein, plaintiff moves this Court, at the Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be selected by the Court, for an order granting leave for him to file his proposed Third Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), defendants' opposition must be served by August 11, 2017.

Dated:     New York, New York
             July 28, 2017

*[Handwritten endorsement:]* The motion for leave to amend is granted, however, discovery will not be reopened for a deposition of Sgt. Fradera.

*[Signature]*
8/16/2017

To:    Paul Johnson, Esq. (by ECF)
         *Attorney for defendants*

HARVIS & FETT LLP
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880

_____
Gabriel P. Harvis

*Attorneys for plaintiff*