USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/17

**MEMO ENDORSED**

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

PAUL H. JOHNSON
*Assistant Corporation Counsel*
phone: (212) 356-2656
fax: (212) 356-3509
email: pajohnso@law.nyc.gov

August 18, 2017

VIA ECF
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

Re: Jonathan Harris v. City of New York, et al.,
    15-CV-08456 (CM)(RLE)

Your Honor:

I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to represent defendants in the above-referenced matter. Defendants write to request an extension of the deadline within which to file a Joint Pretrial Order and any dispositive motion from August 30, 2017 to and including the time defendants must answer or otherwise respond to plaintiff's Third Amended Complaint. Plaintiff's counsel Gabriel Harvis, Esq. opposes the extension of the existing deadlines. Plaintiff's counsel states that "plaintiff opposes any extension of the existing schedule, as the officers' answers are unrelated to the JPTO, which plaintiff has already begun to prepare, or any motion, and plaintiff would like to bring his claims to trial as quickly as possible."

On July 28, 2017 plaintiff filed leave to amend the Complaint with the court to add one defendant and remove one defendant. On August 16, 2017 the Court endorsed the motion but declined to reopen discovery in this matter. Plaintiff filed his Third Amended Complaint on August 17, 2017 but the newly named defendant has not been served yet. Assuming the individual officer is both served and requests legal representation by this Office, pursuant to Section 50-k of the New York General Municipal Law, we must determine, based on a review of the case, whether we can provide representation to the individual defendant, and that individual must then determine whether they wish to be represented by this Office. See Mercurio v. The City of New York, et al., 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting Williams v. City of New York, et al., 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)). If the Individual City employee does elect to be represented, we must obtain his written authorization.

[Handwritten endorsement:] Look, if the plaintiff wants to go forward, he must serve the new defendant by 8/31. The City should know by 9/15 whether it will represent the individual; it already knows the case.

[Signed] Colleen McMahon
8/21/17

Defendants state it would be premature to file a Joint Pretrial Order or any dispositive motion before the City can determine whether to represent the newly named defendant and whether the newly named defendant wishes to be represented by the City. Finally, defendants have not received all the transcripts of the depositions conducted by plaintiff and therefore cannot properly prepare either a dispositive motion or a joint pretrial order.

For the foregoing reasons, defendants request the Court extend the time to file the Joint Pretrial Order and any dispositive motion from August 31, 2017 to and including the time the newly named defendants must answer or otherwise respond to the Complaint.

Thank you for your consideration in this matter.

Respectfully submitted,

Paul H. Johnson
Assistant Corporation Counsel
Special Federal Litigation Division

To: VIA ECF
Gabriel Harvis
The Law Office of Harvis and Fett
*Attorney for Plaintiffs*
305 Broadway 14th Floor
New York, NY 10007