UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JONATHAN HARRIS,

                       Plaintiff,

                -against-

CITY OF NEW YORK; Detective BRIAN
TAYLOR, Shield No. 4438; Police Officer NEIL
MAGLIANO, Shield No. 2766; Police Officer
SEAN NOCE, Shield No. 31328; Detective
JUSTIN PARRIS, Shield No. 22965; Sergeant
WESLEY FRADERA, Shield No. 4246,

                     Defendants.

------------------------------------------------------------x

**PLAINTIFF'S PROPOSED
VERDICT SHEET**

15 CV 8456 (CM)

       Plaintiff Jonathan Harris respectfully submits the following Proposed
Verdict Sheet.

Dated:      August 30, 2017
             New York, New York

                                 HARVIS & FETT LLP

                                 /s/
                          _____
                                 Gabriel P. Harvis
                                 305 Broadway, 14th Floor
                                 New York, New York 10007
                                 (212) 323-6880
                                 gharvis@civilrights.nyc

                                 *Attorneys for plaintiff*

**Liability**

1.  Do you find in favor of plaintiff on his unlawful stop and search claim as to any of the defendants?

|  |  |  |
|---|---|---|
| Detective Brian Taylor | _____ YES | ___ NO |
| Detective Neil Magliano | _____ YES | ___ NO |
| Detective Sean Noce | _____ YES | ___ NO |
| Detective Justin Parris | _____ YES | ___ NO |
| Sergeant Wesley Fradera | _____ YES | ___ NO |

2.  Do you find in favor of plaintiff on his false arrest claim as to any of the defendants?

|  |  |  |
|---|---|---|
| Detective Brian Taylor | _____ YES | ___ NO |
| Detective Neil Magliano | _____ YES | ___ NO |
| Detective Sean Noce | _____ YES | ___ NO |
| Detective Justin Parris | _____ YES | ___ NO |
| Sergeant Wesley Fradera | _____ YES | ___ NO |

3.  Do you find in favor of plaintiff on his evidence fabrication claim as to any of these two defendants?

|  |  |  |
|---|---|---|
| Detective Brian Taylor | _____ YES | ___ NO |
| Detective Neil Magliano | _____ YES | ___ NO |

4.  Do you find in favor of plaintiff on his failure to intervene claim as to any of the defendants?

|  |  |  |
|---|---|---|
| Detective Brian Taylor | _____ YES | ___ NO |
| Detective Neil Magliano | _____ YES | ___ NO |
| Detective Sean Noce | _____ YES | ___ NO |
| Detective Justin Parris | _____ YES | ___ NO |
| Sergeant Wesley Fradera | _____ YES | ___ NO |

5.  Do you find in favor of plaintiff on his supervisory liability claim against Sergeant Wesley Fradera?

_____ YES      ___ NO

6. If you answered "Yes" to any of questions 1, 2, 3, 4 or 5 as to any defendant, do you find that the violation of plaintiff's rights was the result of the policies, practices or customs of the City of New York, including the failure to train its officers?

_____ YES      ___ NO

*If you answered "Yes" to any of Question 1, 2, 3, 4, or 5 as to any defendant, proceed to the next section.  If you answered "No" to Questions 1, 2, 3, 4, 5 and 6, stop – you have reached your verdict. Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

Damages

1.   What amount of compensatory damages do you award to Mr. Harris against Detective Brian Taylor?

$ _____

2. What amount of compensatory damages do you award to Mr. Harris against Detective Neil Magliano?

$ _____

3. What amount of compensatory damages do you award to Mr. Harris against Detective Sean Noce?

$ _____

4. What amount of compensatory damages do you award to Mr. Harris against Detective Justin Parris?

$ _____

5. What amount of compensatory damages do you award to Mr. Harris against Sergeant Wesley Fradera?

$ _____

6. Do you find that punitive damages are warranted against any of the defendants?

        Detective Brian Taylor         \_\_\_\_ YES   \_\_\_ NO

If YES, state the amount $ _____

        Detective Neil Magliano       \_\_\_\_ YES   \_\_\_ NO

If YES, state the amount $ _____

        Detective Sean Noce         \_\_\_\_ YES   \_\_\_ NO

If YES, state the amount $ _____

        Detective Justin Parris       \_\_\_\_ YES   \_\_\_ NO

If YES, state the amount $ _____

        Sergeant Wesley Fradera      \_\_\_\_ YES   \_\_\_ NO

If YES, state the amount $ _____

7. What amount of compensatory damages do you award to Mr. Harris against the City of New York?

$ _____

-3-

*Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

SO SAY WE ALL.

_____
FOREPERSON

_____, 2017
New York, New York