UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JONATHAN HARRIS,

                              Plaintiffs,

      -against-

CITY OF NEW YORK; Detective BRIAN TAYLOR, Shield No. 4438; Police Officer NEIL MAGLIANO, Shield No. 2766; Police Officer SEAN NOCE, Shield No. 31328; Detective JUSTIN PARRIS, Shield No. 22965; Sergeant WESLEY FRADERA, Shield No. 4246,

                              Defendants.
------------------------------------------------------------------- x

**NOTICE OF MOTION**

15 CV 8456 (CM)

**PLEASE TAKE NOTICE** that the undersigned will move this Court, before the Honorable Colleen McMahon, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St., New York, NY, on a date to be determined by the Court, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, limited at this time to the issue of qualified immunity, dismissing plaintiff's complaint against defendants City of New York, Detective Brian Taylor, Police Officer Neil Magliano, Police Officer Sean Noce, Detective Justin Parris and Sergeant Wesley Fradera with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated:     New York, New York
            August 30, 2016

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the
                                        City of New York
                                        *Attorney for Defendants City, Taylor, Magliano and Noce*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2656

By: /s/ Paul H. Johnson
Paul H. Johnson
Assistant Corporation Counsel
Special Federal Litigation Division

To:  VIA ECF
Gabriel Harvis, Esp. (via ECF)
*Attorney for Plaintiff*