UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| JONATHAN HARRIS, | **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Plaintiff, | |
| -against- | |
| CITY OF NEW YORK; Detective BRIAN TAYLOR, Shield No. 4438; Police Officer NEIL MAGLIANO, Shield No. 2766; Police Officer SEAN NOCE, Shield No. 31328; Detective JUSTIN PARRIS, Shield No. 22965; Sergeant WESLEY FRADERA, Shield No. 4246, | 15 CV 8456 (CM) |
| Defendants. | |

-------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Gabriel P. Harvis and exhibits annexted thereto; plaintiff's Local Civil Rule 56.1 Statement of Undisputed Facts; and Memorandum of Law, and upon all the prior pleadings and proceedings herein, plaintiff moves this Court, at the Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be selected by the Court, for an order pursuant to Fed. R. Civ. P. 56 granting partial summary judgment.

Dated:  August 30, 2017
        New York, New York

HARVIS & FETT LLP
  /s/
Gabriel P. Harvis
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880
gharvis@civilrights.nyc
*Attorneys for plaintiff*