UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JONATHAN HARRIS,

                    Plaintiff,

                  -against-

CITY OF NEW YORK; Detective BRIAN TAYLOR, Shield No. 4438; Police Officer NEIL MAGLIANO, Shield No. 2766; Police Officer SEAN NOCE, Shield NO. 31328; Detective Justin Parris, Shield No. 22965; and Sergeant WESLEY FRADERA , Shield No. 4246,

                  Defendants.
------------------------------------------------------------------ x

**DECLARATION OF GABRIEL P. HARVIS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

15 CV 8456 (CM)

      **GABRIEL P. HARVIS**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      I am a partner in the law firm of Harvis & Fett LLP, attorneys for plaintiff Jonathan Harris. I submit this Declaration in Support of Plaintiff's Motion for Partial Summary Judgment.

**Exhibits to Plaintiff's Motion**

1. Annexed as Exhibit 1 are pages from the deposition transcript of defendant Brian Taylor.

2. Annexed as Exhibit 2 are pages from the deposition transcript of defendant Neil Magliano.

3. Annexed as Exhibit 3 is a copy of the memo book entry of defendant Neil Magliano.

4. Annexed as Exhibit 4 is a copy of the Decline Prosecution Memorandum, Office of the District Attorney, New York County, dated June 2, 2015.

5. Annexed as Exhibit 5 are pages from the deposition transcript of plaintiff Jonathan Harris.

Dated: New York, New York
August 30, 2017

HARVIS & FETT LLP

/s/
_____
Gabriel P. Harvis
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880
gharvis@civilrights.nyc

*Attorneys for plaintiff*