```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Jonathan Harris,                                   15 Civ. 8456 (CM)

          Plaintiff(s),

                                   **TRIAL NOTICE**

   -against-

City of New York, et al.,

          Defendant(s).
----------------------------------------------------X

      Please take notice that the above captioned matter has been scheduled for a **Final Pretrial Conference before the Honorable Colleen McMahon, United States District Judge, on Friday, February 23, 2018 at 11:00 a.m., in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been scheduled for Monday, March 5, 2018 at 9:30 a.m.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

      Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: December 18, 2017
       New York, New York

                                            So Ordered

                                            _____
                                            Colleen McMahon, U.S.D.J