UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JONATHAN HARRIS ,

                                                    **NOTICE OF APPEARANCE**
                          Plaintiff,    15 Civ. 8456 (CM)

               -against-

POLICE OFFICER SEAN NOCE, et al.,

                       Defendant.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that, **Ben Kuruvilla, Esq.**, Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, hereby appears as attorney for Defendants Sean Noce, Brian Taylor, Neil Magliano and Wesley Fradera.  I am admitted to practice in this District.

Dated:   New York, New York        **ZACHARY W. CARTER**
             December 20, 2017            Corporation Counsel of the City of New York
                                                        *Attorney for Defendants Noce, Taylor, Magliano and Fradera*
                                                        100 Church Street
                                                        New York, New York 10007
                                                       Tel:   (212) 356-3513

                                                       By:        /s/
                                                              Ben Kuruvilla
                                                             *Senior Counsel*
                                                             Special Federal Litigation Division

       **BY ECF**
cc:     Baree Fett, Esq.
         Gabriel Harvis, Esq.
         *Attorneys for Plaintiff*