

**GABRIEL P. HARVIS**
**BAREE N. FETT**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/18
```

MEMO ENDORSED

January 18, 2018

1/18/18
FPTC re-scheduled
to 2/26/18 @ 11:00 Am.
*(signed)* Colleen McMahon

**BY ECF**
Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Jonathan Harris v. City of New York, et al.*, 15 CV 8456 (CM)

Your Honor:

    I represent plaintiff Jonathan Harris in the above-referenced civil rights action. I write to respectfully request a brief adjournment of the Final Pretrial Conference scheduled for February 23, 2018 at 11:00 a.m. Defendants consent to this application.

    By Trial Notice dated December 18, 2017, the Court scheduled a Final Pretrial Conference in this matter for February 23rd. However, the undersigned was previously committed to commence a bifurcated civil rights trial on individual and *Monell* liability claims before the Hon. Jack B. Weinstein in the Eastern District of New York in *Cordero v. City of New York*, 15 CV 3436 (JBW) (CLP) on February 20, 2018. If it should please the Court, the undersigned anticipates that Phase I of the *Cordero* trial will last approximately one week, rendering the undersigned unavailable to attend the Final Pretrial Conference on February 23rd. The undersigned has conferred with defense counsel, and the parties are prepared to proceed with the conference at a date and time convenient to the Court the following week.

Hon. Colleen McMahon
Jan. 18, 2018

  In light of the foregoing, plaintiff respectfully requests, on consent, adjournment of the Final Pretrial Conference from February 23rd to a date and time convenient to the Court the following week.

  Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

cc: Ben Kuruvilla, Esq.