

**THE CITY OF NEW YORK**

**ZACHARY W. CARTER**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

*Ben N. Kuruvilla*
*Senior Counsel*
phone: (212) 356-3513
fax: (212) 356-3509
email: bkuruvil@law.nyc.gov

February 22, 2018

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: Jonathan Harris v. The City of New York, et al.,
        <u>15-cv-8456 (CM)</u>

Your Honor:

  I am Senior Counsel in the New York City Law Department, assigned to represent the defendants in this action. A final pre-trial conference is currently scheduled for Monday, February 26, 2018 and trial is scheduled to commence on Mach 5, 2018. I am writing jointly with plaintiff's counsel to advise that the parties have reached an agreement to settle this case. Accordingly, the parties respectfully request that the Court cancel the final pre-trial conference and the trial of this matter.

  The parties expect to file a stipulation of dismissal within thirty (30) days. We thank the Court for its time and attention to this matter.

            Sincerely,

            */s/ Ben Kuruvilla*
            Ben Kuruvilla

cc: **BY ECF**
   Gabriel Harvis, Esq.
   *Attorney for Plaintiff*