

THE CITY OF NEW YORK

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 2/22/18         │
└─────────────────────────────┘
```

ZACHARY W. CARTER
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

*Ben N. Kuruvilla*
*Senior Counsel*
*phone. (212) 356-3513*
*fax. (212) 356-3509*
*email: bkuruvil@law.nyc.gov*

**MEMO ENDORSED**

February 22, 2018

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Excellent news. 30 day [endorsement]*

Re:  Jonathan Harris v. The City of New York, et al.,
     15-cv-8456 (CM)

Your Honor:

*[signature] Colleen McMahon  2/22/18*

I am Senior Counsel in the New York City Law Department, assigned to represent the defendants in this action. A final pre-trial conference is currently scheduled for Monday, February 26, 2018 and trial is scheduled to commence on Mach 5, 2018. I am writing jointly with plaintiff's counsel to advise that the parties have reached an agreement to settle this case. Accordingly, the parties respectfully request that the Court cancel the final pre-trial conference and the trial of this matter.

The parties expect to file a stipulation of dismissal within thirty (30) days. We thank the Court for its time and attention to this matter.

                                             Sincerely,

                                             /s/ Ben Kuruvilla
                                             Ben Kuruvilla

cc:   **BY ECF**
      Gabriel Harvis, Esq.
      *Attorney for Plaintiff*